Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 08/23/2026 | 09/05/2026 | 09/11/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,990.55 | 97.03 | 273.03 | 343.82 | 1,276.67 |
| YTD | 36,730.93 | 3,124.07 | 4,896.64 | 8,302.32 | 20,407.90 |

Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | | | 0 | | 6.02 | 214.95 |
| Paid Time Off Unsc | | | 0 | | 23 | 563.27 |
| Regular Gross | 08/23/2026 - 09/05/2026 | 68.28 | 24.49 | 1,672.18 | 1327.21 | 31,796.76 |
| Sick Pay | | | 0 | | 27.25 | 649.90 |
| Time Off Pay | 08/23/2026 - 09/05/2026 | 13 | 24.49 | 318.37 | 146.62 | 3,506.05 |
| Earnings | | | | 1,990.55 | | 36,730.93 |

Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 118.21 | 2,098.97 |
| Medicare | 27.65 | 490.89 |
| State Tax - PA | 58.13 | 1,031.72 |
| SUI-Employee Paid - PA | 1.38 | 25.51 |
| City Tax - PHILA | 67.66 | 1,249.55 |
| Employee Taxes | 273.03 | 4,896.64 |

Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 457.52 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,766.24 |
| Parking - Pretax (EH500) | 14.95 | 284.05 |
| Vision | 6.12 | 116.28 |
| Pre Tax Deductions | 97.03 | 3,124.07 |

Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 6.65 |
| Supplemental AD&D | 1.77 | 33.11 |
| Accident | 12.09 | 247.26 |
| Benefits Plus (BENPLS) | 306.34 | 7,511.94 |
| Critical Illness (CILL) | 4.71 | 62.45 |
| Hospital Indemnity | 17.09 | 349.41 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 27.93 |
| Post Tax Deductions | 343.82 | 8,302.32 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 46.58 |
| STD - Basic (BASSTD) | 10.70 | 200.96 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | 1,041.80 | 5,000.00 |
| Employer Paid Benefits | 1,054.89 | 5,247.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 976.67 | USD |
| American Express | American Express ******1006 | ******1006 | | 300.00 | USD |

Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 08/09/2026 | 08/22/2026 | 08/28/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,917.58 | 97.03 | 262.65 | 343.82 | 1,214.08 |
| YTD | 34,740.38 | 3,027.04 | 4,623.61 | 7,958.50 | 19,131.23 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | | | 0 | | 6.02 | 214.95 |
| Paid Time Off Unsc | | | 0 | | 23 | 563.27 |
| Regular Gross | 08/09/2026 - 08/22/2026 | 78.3 | 24.49 | 1,917.58 | 1258.93 | 30,124.58 |
| Sick Pay | | | 0 | | 27.25 | 649.90 |
| Time Off Pay | | | 0 | | 133.62 | 3,187.68 |
| Earnings | | | | 1,917.58 | | 34,740.38 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 113.68 | 1,980.76 |
| Medicare | 26.58 | 463.24 |
| State Tax - PA | 55.89 | 973.59 |
| SUI-Employee Paid - PA | 1.33 | 24.13 |
| City Tax - PHILA | 65.17 | 1,181.89 |
| Employee Taxes | 262.65 | 4,623.61 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 433.44 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,714.36 |
| Parking - Pretax (EH500) | 14.95 | 269.10 |
| Vision | 6.12 | 110.16 |
| Pre Tax Deductions | 97.03 | 3,027.04 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 6.30 |
| Supplemental AD&D | 1.77 | 31.34 |
| Accident | 12.09 | 235.17 |
| Benefits Plus (BENPLS) | 306.34 | 7,205.60 |
| Critical Illness (CILL) | 4.71 | 57.74 |
| Hospital Indemnity | 17.09 | 332.32 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 26.46 |
| Post Tax Deductions | 343.82 | 7,958.50 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 44.19 |
| STD - Basic (BASSTD) | 10.70 | 190.26 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | | 3,958.20 |
| Employer Paid Benefits | 13.09 | 4,192.65 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 894.08 | USD |
| American Express | American Express ******1006 | ******1006 | | 320.00 | USD |

Jefferson
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE
JEFFERSON 200

Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 07/26/2026 | 08/08/2026 | 08/14/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,986.15 | 97.03 | 272.42 | 574.95 | 1,041.75 |
| YTD | 32,822.80 | 2,930.01 | 4,360.96 | 7,614.68 | 17,917.15 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | | | 0 | | 6.02 | 214.95 |
| Paid Time Off Unsc | 07/26/2026 - 08/01/2026 | 23 | 24.49 | 563.27 | 23 | 563.27 |
| Regular Gross | 07/26/2026 - 08/08/2026 | 50.1 | 24.49 | 1,226.96 | 1180.63 | 28,207.00 |
| Sick Pay | | | 0 | | 27.25 | 649.90 |
| Time Off Pay | 08/02/2026 - 08/08/2026 | 8 | 24.49 | 195.92 | 133.62 | 3,187.68 |
| Earnings | | | | 1,986.15 | | 32,822.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.94 | 1,867.08 |
| Medicare | 27.59 | 436.66 |
| State Tax - PA | 58.00 | 917.70 |
| SUI-Employee Paid - PA | 1.38 | 22.80 |
| City Tax - PHILA | 67.51 | 1,116.72 |
| Employee Taxes | 272.42 | 4,360.96 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 409.36 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,662.48 |
| Parking - Pretax (EH500) | 14.95 | 254.15 |
| Vision | 6.12 | 104.04 |
| Pre Tax Deductions | 97.03 | 2,930.01 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 5.95 |
| Supplemental AD&D | 1.77 | 29.57 |
| Accident | 12.09 | 223.08 |
| Benefits Plus (BENPLS) | 537.47 | 6,899.26 |
| Critical Illness (CILL) | 4.71 | 53.03 |
| Hospital Indemnity | 17.09 | 315.23 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 24.99 |
| Post Tax Deductions | 574.95 | 7,614.68 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 41.80 |
| STD - Basic (BASSTD) | 10.70 | 179.56 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | | 3,958.20 |
| Employer Paid Benefits | 13.09 | 4,179.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime ******0877 | ******0877 | | 361.75 | USD |
| American Express | American Express ******1006 | ******1006 | | 580.00 | USD |
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 100.00 | USD |

Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 07/12/2026 | 07/25/2026 | 07/31/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,965.58 | 97.03 | 269.48 | 574.95 | 1,024.12 |
| YTD | 30,836.65 | 2,832.98 | 4,088.54 | 7,039.73 | 16,875.40 |

Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | 07/12/2026 - 07/18/2026 | 0.22 | 36.735 | 8.09 | 6.02 | 214.95 |
| Regular Gross | 07/12/2026 - 07/25/2026 | 79.93 | 24.49 | 1,957.49 | 1130.53 | 26,980.04 |
| Sick Pay | | | 0 | | 27.25 | 649.90 |
| Time Off Pay | | | 0 | | 125.62 | 2,991.76 |
| Earnings | | | | 1,965.58 | | 30,836.65 |

Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 116.66 | 1,749.14 |
| Medicare | 27.28 | 409.07 |
| State Tax - PA | 57.36 | 859.70 |
| SUI-Employee Paid - PA | 1.37 | 21.42 |
| City Tax - PHILA | 66.81 | 1,049.21 |
| Employee Taxes | 269.48 | 4,088.54 |

Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 385.28 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,610.60 |
| Parking - Pretax (EH500) | 14.95 | 239.20 |
| Vision | 6.12 | 97.92 |
| Pre Tax Deductions | 97.03 | 2,832.98 |

Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 5.60 |
| Supplemental AD&D | 1.77 | 27.80 |
| Accident | 12.09 | 210.99 |
| Benefits Plus (BENPLS) | 537.47 | 6,361.79 |
| Critical Illness (CILL) | 4.71 | 48.32 |
| Hospital Indemnity | 17.09 | 298.14 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 23.52 |
| Post Tax Deductions | 574.95 | 7,039.73 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 39.41 |
| STD - Basic (BASSTD) | 10.70 | 168.86 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | | 3,958.20 |
| Employer Paid Benefits | 13.09 | 4,166.47 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime ******0877 | ******0877 | | 344.12 | USD |
| American Express | American Express ******1006 | ******1006 | | 580.00 | USD |
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 100.00 | USD |

Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 06/28/2026 | 07/11/2026 | 07/17/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,959.94 | 97.03 | 268.68 | 574.95 | 1,019.28 |
| YTD | 28,871.07 | 2,735.95 | 3,819.06 | 6,464.78 | 15,851.28 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | | | 0 | | 5.8 | 206.86 |
| Regular Gross | 06/28/2026 - 07/11/2026 | 69.03 | 24.49 | 1,690.55 | 1050.6 | 25,022.55 |
| Sick Pay | 06/28/2026 - 07/11/2026 | 3 | 24.49 | 73.47 | 27.25 | 649.90 |
| Time Off Pay | 06/28/2026 - 07/04/2026 | 8 | 24.49 | 195.92 | 125.62 | 2,991.76 |
| Earnings | | | | 1,959.94 | | 28,871.07 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 116.31 | 1,632.48 |
| Medicare | 27.20 | 381.79 |
| State Tax - PA | 57.19 | 802.34 |
| SUI-Employee Paid - PA | 1.36 | 20.05 |
| City Tax - PHILA | 66.62 | 982.40 |
| Employee Taxes | 268.68 | 3,819.06 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 361.20 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,558.72 |
| Parking - Pretax (EH500) | 14.95 | 224.25 |
| Vision | 6.12 | 91.80 |
| Pre Tax Deductions | 97.03 | 2,735.95 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 5.25 |
| Supplemental AD&D | 1.77 | 26.03 |
| Accident | 12.09 | 198.90 |
| Benefits Plus (BENPLS) | 537.47 | 5,824.32 |
| Critical Illness (CILL) | 4.71 | 43.61 |
| Hospital Indemnity | 17.09 | 281.05 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 22.05 |
| Post Tax Deductions | 574.95 | 6,464.78 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 37.02 |
| STD - Basic (BASSTD) | 10.70 | 158.16 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | | 3,958.20 |
| Employer Paid Benefits | 13.09 | 4,153.38 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime ******0877 | ******0877 | | 617.28 | USD |
| American Express | American Express ******1006 | ******1006 | | 400.00 | USD |
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 2.00 | USD |

Jefferson

Albert Einstein Medical Center DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Shiniece Trapp 202 S Church St Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shiniece Trapp | Albert Einstein Medical Center | 000090907 | 06/14/2026 | 06/27/2026 | 07/02/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,908.74 | 97.03 | 261.40 | 574.95 | 975.36 |
| YTD | 26,911.13 | 2,638.92 | 3,550.38 | 5,889.83 | 14,832.00 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Gross Overtime | | | 0 | | 5.8 | 206.86 |
| Regular Gross | 06/14/2026 - 06/27/2026 | 56.3 | 23.77 | 1,338.26 | 981.57 | 23,332.00 |
| Sick Pay | | | 0 | | 24.25 | 576.43 |
| Time Off Pay | 06/14/2026 - 06/27/2026 | 24 | 23.77 | 570.48 | 117.62 | 2,795.84 |
| Earnings | | | | 1,908.74 | | 26,911.13 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 113.14 | 1,516.17 |
| Medicare | 26.46 | 354.59 |
| State Tax - PA | 55.62 | 745.15 |
| SUI-Employee Paid - PA | 1.32 | 18.69 |
| City Tax - PHILA | 64.86 | 915.78 |
| Employee Taxes | 261.40 | 3,550.38 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 24.08 | 337.12 |
| FSA Health (FSAHLT) | | 499.98 |
| Medical | 51.88 | 1,506.84 |
| Parking - Pretax (EH500) | 14.95 | 209.30 |
| Vision | 6.12 | 85.68 |
| Pre Tax Deductions | 97.03 | 2,638.92 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.35 | 4.90 |
| Supplemental AD&D | 1.77 | 24.26 |
| Accident | 12.09 | 186.81 |
| Benefits Plus (BENPLS) | 537.47 | 5,286.85 |
| Critical Illness (CILL) | 4.71 | 38.90 |
| Hospital Indemnity | 17.09 | 263.96 |
| Supplemental LTD | | 63.57 |
| Dependent Child(ren) Life | 1.47 | 20.58 |
| Post Tax Deductions | 574.95 | 5,889.83 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Basic LTD | 2.39 | 34.63 |
| STD - Basic (BASSTD) | 10.70 | 147.46 |
| Tuition Pre Paid (Non-Taxable) (Z1P) | | 3,958.20 |
| Employer Paid Benefits | 13.09 | 4,140.29 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime ******0877 | ******0877 | | 942.36 | USD |
| American Express | American Express ******1006 | ******1006 | | 30.00 | USD |
| navy federal credit union | navy federal credit union ******6829 | ******6829 | | 2.00 | USD |
| Freedom credit union | Freedom credit union ******4843 | ******4843 | | 1.00 | USD |