Certificate Number: 03621-PAE-DE-041492525

Bankruptcy Case Number: 26-13431

03621-PAE-DE-041492525

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2026, at 8:19 o'clock PM EDT, Shiniece L Trapp completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 27, 2026

By: /s/Damaris Soto

Name: Damaris Soto

Title: Credit Counselor