United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-13431-djb
Shiniece Laynor Trapp Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Sep 30, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Shiniece Laynor Trapp, 202 S. Church Street, Clifton Heights, PA 19018-2105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Shiniece Laynor Trapp bestcasestephen@gmail.com DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Consumer Portfolio Services Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHINIECE LAYNOR TRAPP<br>**Debtor(s)**<br><br>CONSUMER PORTOLIO SERVICES INC.<br>**Moving Party**<br><br>v.<br><br>SHINIECE LAYNOR TRAPP<br>**Respondent(s)**<br><br>KENNETH E. WEST<br>**Trustee** | CHAPTER 13<br><br>Case No.: 26-13431 (DJB)<br><br>11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY**

Upon the Motion of Consumer Portfolio Services, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2022 Mitsubishi Outlander** bearing Vehicle Identification Number JA4J4VA82NZ046646 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: September 30, 2026

UNITED STATES BANKRUPTCY JUDGE